THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL JULIAN, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted September 29, 1947; decided October 2, 1947.

*Michael Julian,* in person, for motion.

No one opposed.

Motion for leave to appeal and to have appeal heard as a poor person on handwritten papers dismissed upon the ground it was not made in time.